1   JAMES J. WALDORF BAR NO. 38297
    KATHRYN E. VAN HOUTEN BAR NO. 143402
2   IRSFELD, IRSFELD & YOUNGER LLP
    100 W. Broadway, Ste. 900
3   Glendale, CA 91210
    Telephone:  (818) 242-6859
4   Facsimile:  (818) 240-7728

5   Attorneys for Plaintiff

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11  UNITED STATES OF AMERICA,  )  CASE NO. ACV 08-05205

12        Plaintiff,         )  CONSENT JUDGMENT

13       v.            )

14  PATTI BRACKS, AKA       )
    PATTI S. ECHOLS        )

15                   )

16       Defendant.       )

17                   )

18

19      Pursuant to the above stipulation of the parties, Judgment is hereby entered

20  in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant,

21  PATTI BRACKS, AKA PATTI S. ECHOLS, in the total amount of $16,273.76.

22

23  Dated: 10/24/2008

24                   SHERRI R. CARTER, CLERK
                        United States District Court

25                        Central District of California

                         A. KANNIKE

26                        By:  Deputy Clerk

27

28

                                1